Maria Christina GARZON–SAAVEDRO, a.k.a. Maria Cristina Garzon Saavedra, a.k.a. Maria Garzon–Saavedro, a.k.a. Maria Cristina Garzon–Saavedro, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 10–73416.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 17, 2012.*

Filed Jan. 24, 2012.

Maria Christina Garzon–Saavedro, pro se.

OIL, Derek C. Julius, DOJ—U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: LEAVY, TALLMAN, and CALLAHAN, Circuit Judges.

*See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Maria Christina Garzon–Saavedro, a native and citizen of Colombia, petitions pro se for review of the Board of Immigration Appeals' ("BIA") order dismissing her appeal from an immigration judge's removal order. We have jurisdiction under 8 U.S.C. § 1252. We deny the petition for review.

In her opening brief, Garzon–Saavedro waived any challenge to the BIA's dispositive determination that her appeal was untimely. *See Martinez–Serrano v. INS*, 94 F.3d 1256, 1259 (9th Cir.1996) (issues that are not specifically raised and argued in a party's opening brief are waived).

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).